# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02435

TENDRIL NETWORKS, INC.,

        Plaintiff,

v.

MARISSA HUMMON, and
JESS MELANSON

        Defendants.

## MOTION FOR EXPEDITED DISCOVERY

Tendril Tendril Networks, Inc. ("Tendril"), respectfully moves this Court to grant it leave to conduct limited, expedited discovery pursuant to Federal Rule of Civil Procedure 26(d). In support of this motion, Tendril states as follows:

1. <u>Certification Pursuant to D.C.COLO.LCivR 7.1A</u>: The undersigned certifies that counsel for Tendril has conferred with Stephen Reed of Beck Reed Riten, LLP, counsel for Defendants Marissa Hummon and Jess Melanson, who states that Defendants will oppose this motion. The undersigned further certifies that upon filing the instant motion with the Court, undersigned counsel also will arrange for Defendants to receive, through service in accordance with Fed. R. Civ. P. 4, copies of all filings referenced in this paragraph along with any accompanying proposed orders. In addition, courtesy copies of all filings will be emailed to Mr. Reed.

2. Tendril has filed a Complaint for Injunctive Relief and Motion for Preliminary Injunction and Brief in Support Thereof contemporaneously with this motion and seeks a preliminary injunction hearing forthwith.

3. Tendril asserts claims for breach of contract, misappropriation of trade secrets under federal and state law, conversion, civil theft, and breach of duty of loyalty against Defendants, both former employees of Tendril.

4. Under Federal Rule of Civil Procedure 26(d), a court may allow discovery before a Rule 26(f) conference upon a showing of good cause. *See, e.g., Qwest Comm'n Int'l, Inc. v. Worldquest Networks, Inc.*, 213 F.R.D. 418, 419 (D. Colo. 2003); *Pod-Ners, LLC v. N. Feed & Bean of Lucerne Liab. Co.*, 204 F.R.D. 675, 676 (D. Colo. 2002) ("expedited discovery may be appropriate in cases where the plaintiff seeks a preliminary injunction").

5. Tendril submits that good cause exists to allow limited, expedited discovery. Specifically, as set forth in the Complaint, Tendril has evidence that Defendants Marissa Hummon ("Dr. Hummon") and Jess Melanson ("Melanson") currently are in possession of significant amounts of Tendril's confidential information and trade secrets, much of which has been exchanged through or downloaded to personal email accounts that Tendril cannot access. In addition, Defendants' conduct was in concert with numerous representatives of Utilidata, Inc. ("Utilidata"), who are nonparties to this action. Accordingly, to determine the scope and extent of Defendants' misconduct, and to present fulsome evidence to the Court in support of its motion for preliminary injunction, Tendril requires discovery from both Defendants and third parties.

6. Tendril requests the following limited, expedited discovery:

    a.    Tendril may serve ten (10) requests for production and ten (10) interrogatories to each of the Defendants, to which Defendants must respond within seven (7) business days.

    b.    Tendril may depose Dr. Hummon for up to four (4) hours and Melanson for up to four (4) hours at a mutually convenient date and time.

    c.    Tendril may serve a subpoena for documents on Utilidata.

    d.    Tendril may serve a subpoena for documents and for a deposition of Josh Brumberger, the Chief Executive Officer of Utilidata, or, alternatively, a Rule 30(b)(6) deposition, for up to four (4) hours.

7.    Tendril submits that the foregoing discovery will allow it to adequately prepare for the preliminary injunction hearing.

8.    As a result of Tendril's motion for preliminary injunction, filed simultaneously with this motion, Tendril requests that the Court set an expedited briefing schedule for this motion.

WHEREFORE, Tendril respectfully requests that the Court grant this motion and permit expedited discovery as set forth above.

- 4 -

| | |
|---|---|
| Dated:   September 24 2018 | */s/ Brett C. Painter* |

Brett C. Painter
Nathalie A. Bleuzé
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
Telephone: 303-892-9400
Facsimile: 303-893-1379
Email: brett.painter@dgslaw.com
Email: nathalie.bleuze@dgslaw.com

Amy Hartman
HARTMAN EMPLOYMENT LAW PRACTICE LLC
1035 Pearl Street, Suite 400
Boulder, CO 80302
Telephone: (303) 531-0930
Facsimile: (303) 625- 1030
E-Mail: amy@hartmanhrlaw.com

*Attorneys for Tendril Networks, Inc.*