**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-02435

TENDRIL NETWORKS, INC.,

        Plaintiff,

v.

MARISSA HUMMON, and
JESS MELANSON

        Defendants.

---

**MOTION TO PLACE EXHIBIT**
**UNDER FILING RESTRICTIONS**

---

Pursuant to Federal Rule of Civil Procedure 5.2 and D.C.COLOLCivR 7.2, Tendril Networks, Inc. ("Tendril") hereby moves to place Level 1 filing restrictions on Exhibit B to Tendril's Complaint for Injunctive Relief (ECF No. 1-2). In support of this motion, Tendril states as follows:

1. Exhibit B to the Complaint contains personal information relating to Defendant Jess Melanson that should not be publicly available. Another copy of Exhibit B with the personal information redacted will be filed.

2. Defendant Melanson's privacy interests outweigh any public interest in the originally filed exhibit, and no other measures are adequate to protect this interest.

WHEREFORE, Tendril respectfully requests that the referenced document be sealed as set forth above.

Dated:   September 24 2018

/s/ Brett C. Painter
Brett C. Painter
Nathalie A. Bleuzé
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
Telephone: 303-892-9400
Facsimile: 303-893-1379
Email: brett.painter@dgslaw.com
Email: nathalie.bleuze@dgslaw.com

Amy Hartman
HARTMAN EMPLOYMENT LAW PRACTICE LLC
1035 Pearl Street, Suite 400
Boulder, CO 80302
Telephone: (303) 531-0930
Facsimile: (303) 625- 1030
E-Mail: amy@hartmanhrlaw.com

*Attorneys for Tendril Networks, Inc.*