IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02435-RM-NRN

TENDRIL NETWORKS, INC.,

Plaintiff,

v.

MARISSA HUMMON, and
JESS MELANSON,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

      This case is before the Court on Plaintiff's Motion for Expedited Discovery (Docket No. 2). It is hereby ORDERED that Defendants shall file a response to the subject motion on or before October 2, 2018. It is further ORDERED that a hearing is set on the subject motion for October 4, 2018 at 11:00 a.m. It is further ORDERED that Plaintiff's counsel shall forthwith notify Defendants' counsel of the date and time of the hearing, and provide them with a copy of the subject motion.

Date: September 26, 2018