# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02435

TENDRIL NETWORKS, INC.,

        Plaintiff,

v.

MARISSA HUMMON, and
JESS MELANSON

        Defendants.

## CERTIFICATE OF SERVICE

Pursuant to the Court's September 26, 2018 Minute Order (ECF No. 17), the undersigned certifies that counsel for Defendants has agreed to waive service of the summons in this matter. *See* September 26, 2018 Email exchange between Brett C. Painter and Stephen B. Reed, attached hereto. Upon receipt of the signed waivers, counsel for Plaintiff will file them with the Court. The undersigned further certifies that copies of all pleadings and orders in this case (ECF Nos. 1-17) have been served by email on the following:

    Stephen B. Reed
    Beck Reed Riden LLP
    155 Federal Street, Suite 1302
    Boston, MA 02110
    Tel: (617) 500-8662
    Fax: (617) 500-8665
    sreed@beckreed.com
    *Attorneys for Defendants Marissa Hummon and Jess Melanson*

- 2 -

| | |
|---|---|
| Dated:   September 27, 2018 | */s/ Brett C. Painter*<br>Brett C. Painter<br>Nathalie A. Bleuzé<br>DAVIS GRAHAM & STUBBS LLP<br>1550 17th Street, Suite 500<br>Denver, CO 80202<br>Telephone: 303-892-9400<br>Facsimile: 303-893-1379<br>Email: brett.painter@dgslaw.com<br>Email: nathalie.bleuze@dgslaw.com<br><br>Amy Hartman<br>HARTMAN EMPLOYMENT LAW PRACTICE LLC<br>1035 Pearl Street, Suite 400<br>Boulder, CO 80302<br>Telephone: (303) 531-0930<br>Facsimile: (303) 625- 1030<br>E-Mail: amy@hartmanhrlaw.com<br><br>*Attorneys for Tendril Networks, Inc.* |

## CERTIFICATE OF SERVICE

      I hereby certify that on September 27, 2018, a true and correct copy of the foregoing **CERTIFICATE OF SERVICE** was electronically filed with the Clerk of Court using the CM/ECF system, and that a copy of the same was sent via email to the following:

Stephen B. Reed
Beck Reed Riden LLP
155 Federal Street, Suite 1302
Boston, MA 02110
Tel: (617) 500-8662
Fax: (617) 500-8665
sreed@beckreed.com
*Attorneys for Defendants Marissa Hummon and Jess Melanson*

                                        *s/ Linda Frenette*
                                        Linda Frenette