## Painter, Brett

| | |
|---|---|
| **From:** | Stephen Reed <sreed@beckreed.com> |
| **Sent:** | Wednesday, September 26, 2018 2:04 PM |
| **To:** | Painter, Brett |
| **Cc:** | 'Hartman Amy (hartmanhrlaw@mac.com)' (hartmanhrlaw@mac.com); Russell Beck; Raisty Laura |
| **Subject:** | Re: Tendril filings and waivers |

Brett,

I emailed Amy early yesterday morning that I would accept service on behalf of Melanson and Hummon. After I received your email about tomorrow's proposed hearing times, my paralegal telephoned the court and informed the clerk that we had not yet received service. Because we had not received service the clerk advised my paralegal that there would be no hearing tomorrow and that the court would issue a briefing schedule on your motion for expedited discovery.

I will take care of the waivers when I return to my office tomorrow.

Steve


Stephen B. Reed
Beck Reed Riden LLP
155 Federal Street, Suite 1302
Boston, MA 02110
(617) 500-8660 (Main)
(617) 500-8662 (Direct)
(617) 500-8665 (Fax)
sreed@beckreed.com
www.beckreedriden.com

*CONFIDENTIALITY NOTICE: This email message and any attachments are confidential and may be protected by the attorney-client privilege or attorney work product doctrine. If you are not the intended recipient, please destroy and do not save this email, any attachments or copies thereof. Please notify the sender immediately by reply email or telephone. Please note that we do not provide tax advice, and this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax penalties or in connection with marketing or promotional materials.*

> On Sep 26, 2018, at 3:26 PM, Painter, Brett <Brett.Painter@dgslaw.com> wrote:
>
> Steve,
>
> Attached are the filings in the Tendril case, along with the waivers of service. Sorry for the delay in getting this to you. There was a disconnect in obtaining one of the summons. Please return the signed waivers when you have a minute.
>
> Brett
>
> **BRETT C. PAINTER** • Partner

1

P: 303.892.7418 ▪ F: 303.893.1379 ▪ vcard

Davis Graham & Stubbs LLP
1550 17th Street, Suite 500 ▪ Denver, CO 80202

**A LexMundi Member**

---

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
<Docket #1 - Docket #14.zip><Tendril - waivers of service.pdf>