**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-02435-RM-NRN

TENDRIL NETWORKS, INC.,

    Plaintiff,

v.

MARISSA HUMMON, and
JESS MELANSON

    Defendants.

---

**ENTRY OF APPEARANCE**

---

To the clerk of court and all parties of record:

    I, Russell Beck, hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Defendants Marissa Hummon and Jess Melanson.

Dated:  September 28, 2018

    */s/ Russell Beck*
    Russell Beck
    Stephen B. Reed
    Laura M. Raisty
    BECK REED RIDEN LLP
    155 Federal Street, Suite 1302
    Boston, MA 02110
    Telephone: (617) 500-8660
    Email: rbeck@beckreed.com
    Email: sreed@beckreed.com
    Email: lraisty@beckreed.com

    *Attorneys for Defendants Marissa Hummon
    and Jess Melanson*

2

## CERTIFICATE OF SERVICE

      I, Stephen B. Reed, hereby certify that on this 28th day of September 2018, the foregoing document, filed through the ECF system, was served electronically on the registered participants as identified on the notice of the electronic filing and will be served by U.S. mail, postage prepaid, to those indicated as non-registered participants.

      */s/ Stephen B. Reed*
      Stephen B. Reed