# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02435-RM-NRN

TENDRIL NETWORKS, INC.,

    Plaintiff,

v.

MARISSA HUMMON, and
JESS MELANSON,

    Defendants.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I, Stephen D. Riden, hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Defendants Marissa Hummon and Jess Melanson.

Dated:  October 18, 2018

    */s/ Stephen D. Riden*
    Russell Beck
    Stephen B. Reed
    Stephen D. Riden
    Laura M. Raisty
    Hannah T. Joseph
    BECK REED RIDEN LLP
    155 Federal Street, Suite 1302
    Boston, MA 02110
    Telephone: (617) 500-8660
    Email: rbeck@beckreed.com
    Email: sreed@beckreed.com
    Email: sriden@beckreed.com
    Email: lraisty@beckreed.com
    Email: hjoseph@beckreed.com

    *Attorneys for Defendants Marissa Hummon and Jess Melanson*

## **CERTIFICATE OF SERVICE**

      I, Stephen D. Riden, hereby certify that on this 18th day of October 2018, the foregoing document, filed through the ECF system, was served electronically on the registered participants as identified on the notice of the electronic filing and will be served by U.S. mail, postage prepaid, to those indicated as non-registered participants.

                                                  */s/ Stephen D. Riden*